UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; and KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT,<br><br>    Plaintiffs,<br><br>  v.<br><br>TURBOMECA, S.A., a French corporation; LA SOCIÉTÉ ANONYME TURBOMECA FRANCÉ, a French corporation; TURBOMECA USA, a Texas corporation; and TURBOMECA ENGINE CORPORATION, a Texas corporation,<br><br>    Defendants. | CIV. NO. 2:06-1563 WBS DAD<br><br>CIV. NO. 2:13-1425 MCE EFB<br><br>CIV. NO. 2:17-85 JAM CKD |

COUNTY OF SACRAMENTO, a public entity,

    Plaintiff,

1

|   |   |
|---|---|
| 1 | v. |
| 2 | |
| 3 | ERIC HENRIKSON, an individual, and GEORGE PARISOTTO, in his official capacity as Acting Administrative Director of the California Division of Worker's Compensation, |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | COUNTY OF SACRAMENTO, a public entity, |
| 9 | |
| 10 | Plaintiff, |
| 11 | v. |
| 12 | ERIC HENRIKSON, an individual, and GEORGE PARISOTTO, in his official capacity as Acting Administrative Director of the California Division of Worker's Compensation, |
| 13 | |
| 14 | |
| 15 | Defendants. |

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed on January 19, 2017. See Local Rule 123. The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

///

2

1
2          IT IS SO ORDERED.
3  Dated:  January 23, 2017

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE