| | |
|---|---|
| 1 | CHARLETON S. PEARSE, SBN 122491 |
| | ADAM M. AMBROZY, SBN 258237 |
| 2 | BENJAMIN D. ORAM, SBN 269453 |
| | **LENAHAN, LEE, SLATER & PEARSE, LLP** |
| 3 | 1030 15TH STREET, SUITE 300 |
| | SACRAMENTO, CA 95814 |
| 4 | TELEPHONE: (916) 443-1030 |
| | FACSIMILE: (916) 443-0869 |

Attorneys for Plaintiff
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO, a public entity<br><br>Plaintiff,<br><br>v.<br><br>ERIC HENRIKSON, an individual and GEORGE PARISOTTO, in his official capacity as Acting Administrative Director of the California Division of Worker's Compensation.<br><br>Defendant(s). | CASE NO.: 2:17-cv-00085-JAM-CKD<br><br>**ORDER RE: PLAINTIFF COUNTY OF SACRAMENTO'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION FOR INJUNCTIVE RELIEF**<br><br>Date:<br>Time:<br>Crtm: |

## **ORDER**

The Court having determined that there is good cause hereby grants Plaintiff County of Sacramento's *Ex Parte* Application for an Order Shortening Time for both the briefing and the hearing associated with its Motion for Injunctive Relief.

///

///

///

///

1

The briefing schedule will be as follows:

    Defendants' Oppositions will be filed on: January 30, 2017

    The County of Sacramento's Reply will be filed on: February 1, 2017

Any hearing on the Motion and Injunction will be held on February 3, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**ORDER RE: PLAINTIFF COUNTY OF SACRAMENTO'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION FOR INJUNCTIVE RELIEF**