1  CHARLETON S. PEARSE, SBN 122491
   ADAM M. AMBROZY, SBN 258237
2  BENJAMIN D. ORAM, SBN 269453
   **LENAHAN, LEE, SLATER & PEARSE, LLP**
3  1030 15TH STREET, SUITE 300
   SACRAMENTO, CA 95814
4  TELEPHONE: (916) 443-1030
   FACSIMILE: (916) 443-0869
5
   Attorneys for Plaintiff
6  COUNTY OF SACRAMENTO

7  DAVID P. MASTAGNI, SBN 57721
   PHILLIP R.A. MASTAGNI,. SBN 238254
8  GREGORY G. GOMEZ, SBN 242674
   **MASTAGNI HOLSTEDT, APC**
9  1912 I STREET
   SACRAMENTO, CA 95811
10
    Attorneys for Defendant
11  ERIC HENRIKSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF SACRAMENTO, A Public Entity<br><br>            Plaintiff,<br><br>v.<br><br>ERIC HENRIKSON, an individual and GEORGE PARISOTTO, in his official capacity as Acting Administrative Director of the California Division of Worker's Compensation.<br><br>            Defendant(s). | CASE NO.: 2:17-cv-00085-MCE-EFB<br><br>**STIPULATION AND ORDER GRANTING PERMANENT INJUNCTION** |

1. Plaintiff COUNTY OF SACRAMENTO and Defendant ERIC HENRIKSON, hereby stipulate that the Memorandum and Order signed by Judge Morrison C. England, Jr. on February 3, 2017, Document no. 27 in the above captioned case, shall constitute a permanent injunction based on the issues, facts, and determinations of both law and fact stated therein.

2. The February 3, 2017 order of Judge England is attached hereto as Exhibit 1 and

1

incorporated fully herein.

3. The Court retains jurisdiction to enforce its order and the permanent injunction stipulated to by the parties.

4. Plaintiff COUNTY OF SACRAMENTO shall file a request for dismissal of the above captioned action.

5. This stipulation was jointly prepared based on input from both parties and their attorneys such that no one party or their attorney shall be deemed the preparing party.

6. All parties shall bear their own fees and costs related to or arising out of this action.

DATED: February 9, 2017          LENAHAN, LEE, SLATER & PEARSE, LLP


By:      /s/ Adam M. Ambrozy
         **CHARLETON S. PEARSE**
         **ADAM M. AMBROZY**
         **BENJAMIN D. ORAM**
         **Attorneys for Plaintiff,**
         **COUNTY OF SACRAMENTO**


DATED: February 9, 2017          MASTAGNI HOLSTEDT, APC


By:      /s/ Gregory G. Gomez
         **DAVID P. MASTAGNI**
         **PHILLIP R.A. MASTAGNI**
         **GREGORY G. GOMEZ**
         **Attorneys for Defendant**
         **ERIC HENRIKSON**

///

///

///

**ORDER GRANTING PERMANENT INJUNCTION**

2

IT IS HEREBY ORDERED THAT:

1. The Memorandum and Order signed by Judge Morrison C. England, Jr. on February 3, 2017, Document no. 27 in the above captioned case, shall constitute a permanent injunction based on the issues, facts, and determinations of both law and fact stated therein.
2. The February 3, 2017 order of Judge England is attached hereto as Exhibit 1 and incorporated fully herein.
3. The Court retains jurisdiction to enforce its order and the permanent injunction stipulated to by the parties.
4. Plaintiff COUNTY OF SACRAMENTO shall file a request for dismissal of the above captioned action.
5. This stipulation was jointly prepared based on input from both parties and their attorneys such that no one party or their attorney shall be deemed the preparing party.
6. All parties shall bear their own fees and costs related to or arising out of this action.

　　IT IS SO ORDERED.

Dated: February 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE