DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GREGORY G. GOMEZ (SBN 242674)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Email: dmastagni@mastagni.com
　　　phillip@mastagni.com
　　　ggomez@mastagni.com

Attorneys for Defendant Erik Henrikson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF SACRAMENTO, A Public Entity, <br><br> Plaintiff, <br> vs. <br><br> ERIC HENRIKSON, an individual and GEORGE PARISOTTO[1], in his official capacity as Acting Administrative Director of the California Division of Workers' Compensation, <br><br> Defendants. | Case No.: 2:17-cv-00085- MCE-EFB <br><br> Date Action Filed: January 12, 2017 <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL; ORDER THEREON** <br><br> Fed. R. Civ. P. 41(a)(1)(ii) |

///
///
///
///
///
///

---

[1] Defendant George Parisotto was dismissed from the action by Plaintiff on January 23, 2017.

Stip. for Vol. Dismissal; Order Thereon; CASE NO. 2:17-cv-00085- MCE-EFB
1

**TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that the parties stipulate to dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(ii), with each side to bear their own fees and costs.

Respectfully submitted,

Dated: September 21, 2017　　**LENAHAN, LEE, SLATER & PEARSE, LLP**

By:　/s/
　　CHARLETON S. PEARSE
　　ADAM M. AMBROZY
　　BENJAMIN D. ORAM
　　Attorney for Plaintiff,
　　County of Sacramento

Dated: September 20, 2017　　**MASTAGNI HOLSTEDT, APC**

By:　/s/
　　DAVID P. MASTAGNI
　　PHILLIP R.A. MASTAGNI
　　GREGORY G. GOMEZ
　　Attorney for Defendant Henrikson

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, this action is hereby dismissed, with prejudice, each side to bear their own fees and costs related to or arising out of this action.

IT IS SO ORDERED.

Dated: September 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stip. for Vol. Dismissal; Order Thereon; CASE NO. 2:17-cv-00085- MCE-EFB
2